No. 02–1000. PESSINA *v.* ROSSON ET AL. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 02–1003. EAST FORD, INC. *v.* TAYLOR. Sup. Ct. Miss. Certiorari denied.

No. 02–1012. SINGH ET AL. *v.* BHATTI ET AL. Ct. App. Ohio, Butler County. Certiorari denied.

No. 02–1018. WILSON *v.* ENGLAND, SECRETARY OF THE NAVY. C. A. 9th Cir. Certiorari denied.

No. 02–1024. CUNNINGHAM *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–1030. SHAW *v.* MARYLAND. Ct. App. Md. Certiorari denied.

No. 02–1041. GOLDING *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 02–1043. BOARD OF TRUSTEES OF MANHATTAN BEACH UNIFIED SCHOOL DISTRICT ET AL. *v.* PORTER, BY AND THROUGH HIS GUARDIAN AD LITEM, PORTER, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–1047. EDLUND *v.* BOB RYAN MOTORS, INC. C. A. 8th Cir. Certiorari denied.

No. 02–1059. FRIDMAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–1075. MCKINNEY ET UX. *v.* IRVING INDEPENDENT SCHOOL DISTRICT ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–1087. LI-LAN TSAI *v.* ROCKEFELLER UNIVERSITY. C. A. 2d Cir. Certiorari denied.

No. 02–1095. PRINCE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.